UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLAMATH STRATEGIC INVESTMENT FUND LLC; by and through ST. CROIX VENTURES LLC (Managing Member)<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C-04-5292-TEH<br><br>ORDER |

The parties having stipulated to continuance for at least thirty (30) days of the case management conference set for July 25, 2005,

IT IS HEREBY ORDERED THAT the case management conference set for July 25, 2005 is continued to   Monday, August 29  , 2005 at  1:30 PM  .

No further continuances shall be granted.
Dated: _____

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson