UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KLAMATH STRATEGIC INVESTMENT FUND LLC; by and through ST. CROIX VENTURES LLC (Managing Member),<br><br>              Petitioners,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | Case No. C-04-5292-TEH<br><br><br><br><br>ORDER |

   Whereas the parties have stipulated to dismissal pursuant to Federal Rule of Civil Procedure  41(a)(1)(ii) and Local Rule 7-12, this case is dismissed.  Because this dismissal is based upon 26 U.S.C. § 6226(b)(4), this dismissal is not an adjudication, pursuant to 26 U.S.C. § 6226(h), as to the correctness of the adjustments to partnership items made by the notice of final partnership administrative adjustment that was in issue herein.

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   09/27/05                                    _____
                                                     THELTON E. HENDERSON
                                                     UNITED STATES DISTRICT JUDGE

